**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) **Criminal Action No. 2015-0013** |
| **DAMIAN LANG, SR.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**Attorneys:**
**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
    *For the Government*

**Yvette D. Ross-Edwards, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's "Motion to Exclude Expert Testimony of Government's Noticed Firearm/Tool Mark Examiner M.L. Cooper" (Dkt. No. 58), the Government's Opposition thereto (Dkt. No. 65), and the evidence adduced at the *Daubert* hearing, it is hereby

**ORDERED** that Defendant's Motion is **DENIED**.

A separate Memorandum Opinion will follow, consistent with this Order.

Date:  April 14, 2016

                                                  _____/s/_____
                                                  RAYMOND L. FINCH
                                                  Senior District Judge